## Automobile Banking Corporation, Appellant, *v.* Williamsport National Bank.

Argued November 30, 1939. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Thomas O. Haydock,* with him *Marshall R. Anspach* and *Albert G. F. Curran,* for appellant.

*Ira Jewell Williams,* with him *Ira Jewell Williams, Jr.,* of *Brown & Williams, Arthur P. Bretherick, John E. Cupp, John B. Cupp* and *Clyde E. Williamson,* for appellee.

PER CURIAM, December 8, 1939:

We adopt the opinion of the court below, which concludes: "Because we believe that this case is not free from doubt, and that there should be a broad inquiry into the facts, the rule for judgment for want of a sufficient affidavit of defense is discharged . . ."

Order affirmed.